JaVonne M. Phillips, Esq. SBN 187474
McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for JPMorgan Chase Bank, National Association

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Simon Yaftadonay,<br><br>        Debtor. | ) Case No.  2:21-bk-12395-BR<br>)<br>)<br>) Chapter 7<br>)<br>)<br>) **NOTICE OF LOAN MODIFICATION**<br>) |

TO:  THE DEBTORS, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that JPMorgan Chase Bank, National Association ("Movant"), by and through its undersigned attorney, hereby files with this Court a Loan Modification with regard to the first lien secured by real property commonly known as 8541 Alcott St, Los Angeles, CA 90035. Attached hereto, please find the Loan Modification Agreement labeled as **Exhibit "1"**.

DATED: 5/10/2021            McCarthy & Holthus, LLP

/s/ JaVonne M. Phillips
JaVonne M. Phillips, Esq.
Attorney for JPMorgan Chase Bank,
National Association

1

M&H File No. CA-21-165625

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LOAN MODIFICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/10/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| TRUSTEE | DEBTOR(S) COUNSEL | US TRUSTEE |
|---|---|---|
| Elissa Miller (TR) | Charles Shamash | ustpregion16.la.ecf@usdoj.gov |
| CA71@ecfcbis.com | cs@locs.com | |

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 5/10/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Simon Yaftadonay, 8541 Alcott Street, Unit 203, Los Angeles, CA 90035

**JUDGE'S COPY**
The Honorable Judge, Barry Russell, United States Bankruptcy Court - Los Angeles Division, 255 E. Temple Street, Suite 1660, Los Angeles, Ca, 90012

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/10/2021 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

M&H File No. CA-21-165625

**ADDITIONAL SERVICE INFORMATION**

**BORROWER(S)**
Negah Zarrinfar, 8541 Alcott St, Los Angeles, CA 90035

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**